MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Patrick & Brandy Jeseritz    Chapter 7 Case No. 10-37846

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Chase Bank USA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 2 | $303.88 | $1.67 |
| Ridgeview Medical Center<br>500 S. Maple Street<br>Waconia, MN 55387 | 6 | $368.74 | $2.03 |

Dated: May 5, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

